# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00730-001-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Juan Angel Medina-Chaidez, et al., | |
| Defendants. | |

A review of the record reflects that responses to any motions in limine were due no later than 8/28/15 (*see* Doc. 32), but Defendants have not filed any response to the Government's motion in limine ("MIL") (Doc. 34) filed on 8/14/15. By no later than 9/4/15, Defendants shall file a response to the Government's motion in limine or a notice of non-opposition to the Government's motion in limine. If the Court does not receive any responsive document from Defendants by 9/4/15, the Court will deem such non-response as a consent to summarily granting the Government's motion in limine (Doc. 34) without further notice to Defendants.

Dated this 31st day of August, 2015.

Honorable James A. Soto
United States District Judge