IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 15-730-TUC-JAS |
| Plaintiff, | **ORDER** |
| vs. | |
| Juan Angel Medina-Chaidez, et al., | |
| Defendants. | |

On 7/1/15, the Court issued a Pretrial Order. The parties filed documents on 9/18/15 pursuant to that Order. The Court has reviewed those filings and it appears that all of the jury instructions (preliminary, mid-trial, final), voir dire, and verdict forms are stipulated. However, a review the jury instructions reflects that the parties did not comply with the Court's Order. The Court's 7/1/15 Order stated in relevant part:

> IT IS HEREBY ORDERED as follows:
> (1) By no later than **9/18/15** the parties shall file:
> (a) One joint set of stipulated preliminary jury instructions that both parties agree are appropriate for trial. These jury instructions will be read at the beginning of the case. The parties shall submit the stipulated preliminary jury instructions in the exact order they want them read to the jury; **the parties shall provide the full text of their requested instructions**. As to citing authority, a citation to the model jury instruction number or other authority is all that is required in relation to stipulated preliminary jury instructions.
> (b) One joint set of stipulated final jury instructions that both parties agree are appropriate for trial. These jury instructions will be read at the end of the case. The parties shall submit the stipulated final jury instructions in the exact order they want them read to the jury; **the parties shall provide the full text of their requested instructions**. As to citing authority, a citation to the model jury instruction number or other authority is all that is required in relation to stipulated final jury instructions.
> (c) One joint set of stipulated mid-trial jury instructions (if any) that both parties agree are appropriate for trial. These jury instructions will be read in the midst of the case. The parties shall submit the stipulated mid-trial jury instructions in the exact order they want them read to the jury; **the parties shall provide the full text of their requested instructions**. As to citing authority, a citation to the model jury instruction number or other authority is all that is required in relation to stipulated mid-trial jury instructions.

*See* Doc. 32 (**emphasis in the original**).

1. By no later than **9/25/15**, the parties shall comply with the Court's Order as to the jury
2. instructions. As reflected in the Pretrial Order, the parties shall: (1) separately file the
3. preliminary, mid-trial, and final jury instructions in the exact order they want them read to
4. the jury; (2) **provide the full text of their requested instructions** (which includes both the
5. standard Ninth Circuit Instructions and any instructions specifically tailored to this case); (3)
6. email the Word versions of the separately filed preliminary, mid-trial, and final jury
7. instructions to Chambers (soto_chambers@azd.uscourts.gov) the same day the instructions
8. are filed.

10. DATED this 21st day of September, 2015.

James A. Soto
United States District Judge